**Keefe M. MARTIN, Appellant,**

v.

**DANA CORPORATION.**

No. 96–1746.

United States Court of Appeals,
Third Circuit.

July 1, 1997.

Present: SLOVITER, Chief Judge,
BECKER, STAPLETON, MANSMANN,
GREENBERG, SCIRICA, COWEN,
NYGAARD, ALITO, ROTH, LEWIS, and
McKEE, Circuit Judges.

### ORDER

SLOVITER, Chief Judge.

A majority of the active judges having
voted for rehearing en banc in the above
appeal, it is

ORDERED that the Clerk of this Court
vacate the opinion filed June 12, 1997 and list
the above case for rehearing en banc at the
convenience of the court.